IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-92

| | | |
|---|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **ORDER** |
| CARL DAVID WRIGHT, | ) ) | |
| **Defendant.** | ) ) ) | |

**BEFORE THE COURT** is its own motion to vacate the Supplemental Order and Memorandum dated June 11, 2015 (Docs. 11-12). The Court is informed that the Order requiring supplemental briefing was inadvertently mailed to Defendant's former address in North Carolina. Defendant's current address is in West Virginia. Therefore, in an abundance of caution, this Court will vacate its Order to allow Defendant an opportunity to respond to the motion (Doc. 7) and supplemental memoranda (Doc. 10) filed by the Commodity Futures Trading Commission. The Court will issue an Order on Plaintiff's Motion after the expiry of the deadlines set forth below.

**IT IS, THEREFORE, ORDERED THAT**

(1) The Memorandum and Supplemental Order (Docs. 11-12) are hereby **VACATED**;

(2) Plaintiff's Motion to Reopen Matter and for Entry of Civil Monetary Penalty (Doc. 7) is still pending before the Court;

(3) Defendant shall have fourteen (14) days after receipt of the materials listed below to file a Response opposing Plaintiff's Motion;

(4) Plaintiff may file a Reply within seven (7) days after receipt of Defendant's Response; and

(5) The Clerk is directed to mail the following to the Defendant's address in West Virginia:

a. Plaintiff's Motion to Reopen Matter and for Entry of Civil Monetary Penalty (Doc. 7);

b. the Order directing the parties to submit supplemental briefing (Doc. 9);

c. Plaintiff's Memorandum in Support of its Motion (Doc. 10);

d. The vacated Orders (Docs. 11-12)[1]; and

e. The instant Order.

Signed: June 12, 2015

Richard L. Voorhees
United States District Judge

---

[1] Defendant is instructed that said Memorandum and Supplemental Order do not govern the relations between the parties because they are vacated.