**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-92**

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | )  **ORDER** ) |
| CARL DAVID WRIGHT, | ) ) |
| **Defendant.** | ) ) |

On June 12, 2015, this Court vacated its June 11, 2015 Order and Memorandum granting the U.S. Commodity Futures Trading Commission's Motion to Reopen Case and For Entry of Civil Monetary Penalty because the Court's Order requiring supplemental briefing was inadvertently mailed to Defendant's former address. In an abundance of caution, this Court vacated the Order and Memorandum to allow Defendant an opportunity to respond to the motion (Doc. 7) and supplemental memorandum (Doc. 10) filed by Plaintiff. This Court granted Defendant an additional fourteen (14) days after receipt of the materials to file a Response. Defendant has not taken advantage of his opportunity to respond despite having been sent (1) Plaintiff's Motion to Reopen Matter and for Entry of Civil Monetary Penalty; (2) the Order directing the parties to submit supplemental briefing; (3) Plaintiff's Memorandum in Support of Motion; (4) the vacated Orders granting Plaintiff's Motion; and (5) the Order vacating the June 11, 2015 Order and Memorandum.

Given that the time to respond has elapsed, the Court will now reinstate its June 11, 2015 Order and Memorandum.

**IT IS, THEREFORE, ORDERED THAT**

**(1)** The June 11, 2015 Order and Memorandum are hereby **REINSTATED**;

**(2)** Plaintiff's Motion for Entry of Civil Monetary Penalty (Doc. 7) is **GRANTED**; and

**(3)** The parties shall abide by the terms of the Supplemental Order entered on June 11, 2015.

Signed: July 9, 2015

Richard L. Voorhees
United States District Judge